IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| J'HYNEYCE WRIGHT, | |
| Plaintiff, | |
| v. | CIVIL ACTION FILE NUMBER |
| COMPLEX MEDIA INC. AND MATTHEW BUTLER, | |
| Defendants. | |

**DEFENDANTS' NOTICE OF REMOVAL**

1.

Plaintiff J'Hyneyce Wright filed civil action file number 21EV000534 against Defendants Complex Media Inc. and Matthew Butler in the State Court of Fulton County, Georgia January 27, 2021. Defendants attached copies of the Summons and Complaint as Exhibit "A " and Defendants' Answer as Exhibit "B."

2.

The Plaintiff was a citizen and a resident of Georgia when she filed the Summons and Complaint for Damages. § 1, Exhibit "A."

3.

Defendant Matthew Butler was a citizen and resident of New York when the Plaintiff filed the Summons and Complaint for Damages. § 3, Exhibit "B."

4.

Defendant Complex Media was a Delaware corporation with its principal place of business in New York when the Plaintiff filed the Summons and Complaint for Damages. § 2, Exhibit "B."

5.

There is complete diversity of citizenship in this case.

6.

This personal injury action arises from a motor vehicle collision and Plaintiff claims serious bodily injuries, physical pain and suffering, losses of enjoyment of life, other damages, past medical expenses totaling $59,423.37, and attorneys' fees. §§ 16, 17, 21, Exhibit "A".

7.

Plaintiff prayed the Court award and enter a judgment in favor of Plaintiff and against Defendant for special damages as well as general damages for pain and suffering, and loss of enjoyment Plaintiff suffered as a result of Defendant's negligence, and in an amount not less than $600,000. § 22, Exhibit "A."

8.

Therefore, the amount in controversy exceeds $75,000.00 exclusive of interest and costs.

9.

This civil action is properly removable to this Court pursuant to 28 U.S.C. §§ 1441(a), 1446(a) and 1446(b). In accordance with 28 U.S.C. § 1332(a), there exists a complete diversity of citizenship between Plaintiff and Defendants and the amount in controversy, exclusive of interest and cost, exceeds $75,000.

9.

Defendants consent to the removal of this civil action.

10.

Defendants notify the Court, the Clerk, and all parties within thirty days after service and receipt of the Summons and Complaint filed in the State Court of Fulton County that they removed  this civil action to this Court pursuant to 28 U.S.C. § 1446 and Fed. R. Civ. P. 11.

                                           DENNIS, CORRY, SMITH & DIXON, LLP

                                           /s/ George E. Duncan, Jr.
                                           GEORGE E. DUNCAN, JR.
                                           Georgia Bar No. 233450

                                           /s/William B. Pate
                                           WILLIAM B. PATE
                                           Georgia Bar No. 793099
                                           For the Firm
                                           Attorneys for Defendants

900 Circle 75 Parkway, Suite 1400
Atlanta, Georgia   30339
(404) 364-4507
Gduncan@dcplaw.com
Wpate@dcplaw.com

-5-

**CERTIFICATE OF SERVICE**

I electronically filed **DEFENDANTS' NOTICE OF REMOVAL** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Christopher Walker, Esq.
Law Office of Christopher Walker, PC
1720 Peachtree Street, NW
Suite 431
Atlanta, GA  30309

I also mailed by United States Postal Service the document to the following non-CM/ECF participants: None.

This 26th day of February, 2021.

/s/ *William B. Pate*
WILLIAM B. PATE, ESQ.
For the Firm

2576-14228(GED)