Case 1:21-cv-00836-SCJ   Document 1-1   Filed 02/26/21   Page 1 of 7

**State Court of Fulton County**
**\*\*E-FILED\*\***
**21EV000534**
**1/27/2021 10:10 AM**
**Christopher G. Scott, Clerk**
**Civil Division**

GEORGIA, FULTON COUNTY                                                                       DO NOT WRITE IN THIS SPACE

**STATE COURT OF FULTON COUNTY**                        CIVIL ACTION FILE #: _____
Civil Division

J'hyneyce Wright
260 Peachtree Street, Ste 1403
Atlanta            GA       30303

Plaintiff's Name, Address, City, State, Zip Code

vs.

Complex Media, Inc. & Matthew Butler
10202 Peach Creek Circle #303
Atlanta   GA              30303

Defendant's Name, Address, City, State, Zip Code

| TYPE OF SUIT | AMOUNT OF SUIT |
|---|---|
| [ ] ACCOUNT | PRINCIPAL $_____ |
| [ ] CONTRACT | |
| [ ] NOTE | INTEREST $_____ |
| [ ] TORT | |
| [ ] PERSONAL INJURY | ATTY. FEES $_____ |
| [ ] FOREIGN JUDGMENT | |
| [ ] TROVER | COURT COST $ _____ |
| [ ] SPECIAL LIEN | |
| | \*\*\*\*\*\*\*\*\*\*\*\* |
| [ ] NEW FILING | |
| [ ] RE-FILING: PREVIOUS CASE NO. _____ | |

## SUMMONS

TO THE ABOVE NAMED-DEFENDANT:

You are hereby required to file with the Clerk of said court and to serve a copy on the Plaintiff's Attorney, or on Plaintiff if no Attorney, to-wit:

Name: Chrstopher L. Walker, Esq.
Address: 260 Peachtree Street, Suite 1403
City, State, Zip Code: Atlanta, GA  30303                                                                Phone No.: 404.577.3320

An answer to this complaint, which is herewith served upon you, must be filed within thirty (30) days after service, not counting the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint, plus cost of this action. **DEFENSES MAY BE MADE & JURY TRIAL DEMANDED**, via electronic filing or, if desired, at the e-filing public access terminal in the Self-Help Center  at 185 Central Ave., S.W., Ground Floor, Room TG300,  Atlanta, GA 30303.

Christopher G. Scott, Chief Clerk (electronic signature)

_____

***SERVICE INFORMATION:***
Served, this _____ day of _____, 20_____.      _____
                                                                                                                            DEPUTY MARSHAL, STATE COURT OF FULTON COUNTY

WRITE VERDICT HERE:
We, the jury, find for _____
_____
This _____ day of _____, 20_____.       _____ Foreperson

(STAPLE TO FRONT OF COMPLAINT)

# EXHIBIT A

Case 1:21-cv-00836-SCJ   Document 1-1   Filed 02/26/21   Page 2 of 7

State Court of Fulton County
**E-FILED**
21EV000534
1/27/2021 10:10 AM
Christopher G. Scott, Clerk
Civil Division

## IN THE STATE COURT OF FULTON COUNTY

## STATE OF GEORGIA

| | | |
|---|---|---|
| J'HYNEYCE WRIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action File |
| | ) | No. _____ |
| COMPLEX MEDIA INC., | ) | |
| & MATTHEW BUTLER | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | DEMAND FOR JURY TRIAL |

### PLAINTIFF'S COMPLAINT FOR DAMAGES

**COMES NOW**, J'hyneyce Wright, in the above styled action by and through her attorney, Christopher L. Walker, and The Law Offices of Christopher L. Walker, P.C. and files this her Complaint for damages averring the following in support thereof:

### PARTIES

1.

J'hyneyce Wright, herein after referred to as 'Plaintiff', is an adult resident of Henry County, Georgia and submits herself to the jurisdiction of this Court.

2.

Complex Media Inc, herein referred to as "Defendant", is a registered corporation in which conducts business in Georgia and is subject to the jurisdiction of this Court.

Copy from re:SearchGA

3.

Matthew Butler, herein referred to as "Defendant", is an individual whom is employed by Complex Media Inc and is subject to the jurisdiction of this court.

4.

Defendant Complex Media Inc may be served with a copy of the Complaint and Summons through their DOS: 10202 Peachtree Creek Circle #383, Atlanta, Georgia 30341.

5.

Defendant Matthew Butler may be served with a copy of the Complaint and Summons at his respective address: 1044 Putham Ave Brooklyn, NY 11221

6.

The incident in question occurred within the boundaries of this county, thus, venue is proper pursuant to Article VI, Section VI of the Georgia Constitution.

## BACKGROUND

7.

On or about the afternoon of January 27th, 2019, Plaintiff was traveling westbound on Baker Street near its intersection with Courtland Street.

8.

At or around the same time, the Defendant was driving southbound on Cortland Street.

9.

Disregarding the safety of himself and of other drivers on the road, the Defendant, due to his negligence and/or inattention, ran a red light.

Copy from re:SearchGA

9.5

As a result of defendant running the red light, he crashed into plaintiff's car causing damage and bodily injury.

10.

The responding officer noted the Defendant was the only party with contributing factors to the collision finding the Defendant at fault. Specifically, the officer determined the Defendant "failed to obey right light" in accordance with O.C.G.A. 40-6-20 and issued a citation to plaintiff.

11.

Plaintiff suffered various bodily injuries and loss wages as a direct result of the Defendant's conduct.

## COUNT I

## ORDINARY NEGLIGENCE

12.

Plaintiff incorporates by reference Paragraphs one (1) through nine (11) above and re-alleges each and every allegation as if they are fully set forth herein.

13.

Defendant owed Plaintiff a duty to operate his car in a reasonable and prudent manner.

Copy from re:SearchGA

14.

Defendant breached his duty with Plaintiff when he either due to distraction, negligence or recklessly failed to obey a read light causing this collision resulting in damages.

15.

The Defendant's failure to obey a red light was the actual and proximate cause of Plaintiff's injuries, wherein Plaintiff incurred damages.

16.

As a direct and proximate result of the Defendant's negligence, carelessness, and/or recklessness, Plaintiff endured bodily injuries, losses in the enjoyment of life, pain and suffering, and other damages.

17.

As a result of the subject motor vehicle collision, Plaintiff incurred medical expenses including, but not limited to, the medical expenses incurred at Piedmont Henry Hospital, Paul Chiropractic, Spine Center of Atlanta, and Elite Radiology of Georgia in the amount of $59,432.37.

## COUNT II

## NEGLIGENCE PER SE

17.

Plaintiff incorporates by reference Paragraphs one (1) through fourteen (17) above and re-alleges each and every allegation as if they are fully set forth herein.

Copy from re:SearchGA

18.

Defendant's violation of O.C.G.A. §40-6-20 constitute negligence per se.

19.

Defendant's negligent violation of O.C.G.A. §40-6-20 was the actual cause and proximate cause of the collision, the injuries and damages sustained by the Plaintiff.

20.

As a result of the Defendant's violation of the Official Code of Georgia Annotated, Plaintiff suffered the types of damage and injuries the legislature intended to prevent, and Defendant is thus liable to Plaintiff for said statutory violation.

## COUNT III

### ATTORNEY'S FEES

21.

Plaintiff incorporates by reference Paragraphs one (1) through nineteen (20) above and re-alleges each and every allegation as if they are fully set forth herein.

22.

Defendant has acted in bad faith, has been stubbornly litigious, and has caused Plaintiff unnecessary trouble and expense.  Accordingly, Plaintiff is entitled to an award representing the amount of her attorney's fees, costs, and expenses of litigation pursuant to OCGA § 13-6-11 and other applicable law.

**WHEREFORE**, Plaintiff respectfully prays as follows:

  A. That Process and Summons issue, as provided by law, requiring Defendant to appear and answer Plaintiff's Complaint.

  B. That service be had upon Defendant as provided by law;

Copy from re:SearchGA

C. That the Court award and enter a judgment in favor of Plaintiff and against Defendant for special damages as well as general damages for pain and suffering, and loss of enjoyment Plaintiff suffered as a result of Defendant's negligence, and in an amount not less than $600,000 to be determined by the enlightened conscience of an impartial jury;

D. That Plaintiff have a trial by a jury as to all issues;

E. That pre-judgment interest be granted to Plaintiff;

F. That all costs of litigation be awarded to the Plaintiff against the Defendant;

G. That the Plaintiff be awarded reasonable attorney fees; and

H. For such other and further relief as this Court deems just and proper.

Respectfully submitted this  25th  day of January, 2021.

**Law Office of Christopher L. Walker, LLC**

*/s/  Christopher L. Walker*
Christopher L. Walker, Esq.
Attorney for Defendant
Georgia Bar No. 731513

260 Peachtree Street, Suite 1403
Atlanta, GA  30303
Phone No. (404) 577-3320
Facsimile (404) 748-9312
walker_firm@msn.com

Copy from re:SearchGA